|  |  |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | KIRK E. SHERRIFF |
|   | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

SEALED  FILED

MAY 0 8 2012



Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE          )   Case No:  5:12-sw-00025-JLT
SEARCH OF:                    )
                              )   **UNDER SEAL**
                              )
8105 ROCKHAMPTON DRIVE        )   ORDER SEALING SEARCH WARRANT
BAKERSFIELD, CALIFORNIA       )   AND SEARCH WARRANT
                              )   APPLICATION AND AFFIDAVIT
_____)

The United States of America, having applied to this Court for an Order permitting it to file the search warrant and the search warrant application and affidavit in the above-entitled proceeding, together with its Application to Seal, Memorandum, and the accompanying Declaration of Kirk E. Sherriff, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant and the search warrant application and affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Kirk E. Sherriff, shall be filed

1

1  with the Court <u>in camera</u>, <u>under seal</u>, and shall not be
2  disclosed pending further order of this court.
3
4  DATED: 5/7/12                    *Jennifer I. Thurston*
                                    U.S. MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28